IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| Thomas Billett, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 5:13-cv-3329-RMG |
| | ) |
| Carolyn W. Colvin, Acting, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the Joint Motion and Stipulation for an Award of Attorney's Fees pursuant to the Equal Access to Justice Act ("EAJA") *See* 28 U.S.C. § 2412. The parties agreed to an award of attorney's fees in the amount of $4,375.00.

The Court has reviewed the Joint Motion and Stipulation and finds the compromise settlement reasonable. Accordingly,

IT IS ORDERED that the Joint Motion and Stipulation for Payment of Attorney's Fees pursuant to the EAJA be granted in the amount of $4,375.00. EAJA fees awarded by this Court belong to the Plaintiff and are subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)). In the event Plaintiff has no present debt subject to offset and Plaintiff has executed a proper assignment to Plaintiff's counsel, Defendant is directed to make the payment due to Plaintiff's counsel. If Plaintiff has no debt subject to offset and no proper assignment has been made by Plaintiff to counsel, Defendant is directed to make the check due pursuant to this Order payable to Plaintiff and delivered to Plaintiff's counsel.

November 4, 2014

Charleston, SC

_____
Richard M. Gergel
United States District Judge